UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-07595-MMM(SSx) CV 08-00266-MMM(SSx) | Date | February 8, 2008 |
|---|---|---|---|

| Title | Morris Medavoy, et al vs. Palliser Furniture Ltd., et al Clint Eastwood vs. Palliser Furniture, Ltd., et al |
|---|---|

Present: The Honorable    MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**     **Order To Show Cause Why Actions Should Not Be Consolidated**

        The court has accepted a transfer of Case No. CV 08-00266 to its calendar because it currently has pending before it related Case No. CV 07-07595-MMM (SSx).  The court's review of the complaints in the two actions causes it to believe that they should be consolidated for all purposes.  Accordingly, the parties are ordered to show cause, on or before February 19, 2008, why consolidation should not be ordered.  If the parties do not oppose consolidation, they are directed to submit a proposed stipulation and order consolidating the cases on or before February 19, 2008.  The court will consider the stipulation to be an adequate response to the order to show cause.