# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-07595-MMM(SSx)<br>CV 08-00266-MMM(SSx) | Date | February 22, 2008 |
|---|---|---|---|

| Title | Morris Medavoy, et al vs. Palliser Furniture, Ltd., et al<br>Clint Eastwood vs. Palliser Furniture, Ltd., et al |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** **CONSOLIDATION OF CASE UNDER CASE NUMBER CV 07-07595-MMM(SSx) AND TERMINATION OF CASE NUMBER CV 08-00266-MMM(SSx)**

The court orders the consolidation of Case No. CV 08-00266 with Case No. CV 07-07595 for all purposes and for trial. For ease of record keeping, the court orders that all further documents and proceedings occur under Case No. CV 07-07595, and that Case No. CV 08-00266 be closed. Counsel are directed to file all further documents under Case No. **CV 07-07595-MMM(RRx) only.** <u>The documents should utilize the caption of the original filed case to which they relate</u>.